In the Matter of the Claim of WILLIAM LEROY CHADWICK, Respondent, against NEW YORK STOCK EXCHANGE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This case presents the same question involved in the Holst case decided at this term. [See ante, p. 233.] This claimant was injured

while playing hockey. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.